MORGENSTERN CHEMICAL COMPA-
NY, Inc., Appellant,

v.

G. D. SEARLE & COMPANY.

No. 12653.

United States Court of Appeals
Third Circuit.

Argued Jan. 22, 1959.

Decided Feb. 6, 1959.

See also 253 F.2d 390.

Copal Mintz, New York City, for appellant.

Frederick B. Lacey, Newark, N. J. (Shanley & Fisher, Newark, N. J., Donald A. Robinson, Newark, N. J., Howard P. Robinson, Chicago, Ill., of the Illinois Bar, on the brief), for appellee.

Before KALODNER and HASTIE, Circuit Judges, and EGAN, District Judge.

PER CURIAM.

Upon review of the record we find no error. The judgment of the District Court will be affirmed.